UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TROY LYNN SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04-CV-1094 CAS |
| ) | |
| DORN SCHUFFMAN, ALAN BLAKE, ) | |
| MARTY BELLEW-SMITH, and ) | |
| LINDA MEADE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims for monetary relief against defendants Dorn Schuffman, Alan Blake, Marty Bellew-Smith, and Linda Meade are **DISMISSED**.

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of May, 2005.